Before STATE INDUSTRIAL BOARD, Respondent.  In the Matter of the Claim under the Workmen's Compensation Law, Made by MARGARET BATEWELL, Widow of EDWARD BATEWELL, Deceased, in Behalf of MARGARET BATEWELL and Minor Children, Respondent, on Account of the Death of EDWARD BATEWELL, v. THE ALVEY-FERGUSON COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.